**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-17-00364-CV

---

### IN RE JOEL CHRISTOPHER BARTON, Relator

---

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50662-07**

---

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Before the Court is real party in interest Judith H. Barton's October 11, 2017 "motion for leave to file an amended brief." Ms. Barton seeks leave to file an amended brief in order to include a hearing transcript referenced in her October 11, 2017 response to relator's petition for writ of mandamus. The motion states that the transcript was "not provided" to Ms. Barton's counsel at the time they filed the response brief. We **GRANT** the motion. Ms. Barton's amended response to relator's petition for writ of mandamus shall be filed **by October 19, 2017**.


/s/    JASON BOATRIGHT
       JUSTICE